#### MRS. LOLA M. RAYBURN v. JOSEPH P. RAYBURN.

(Filed 20 November, 1940.)

**1. Judgments § 5—**

In an action to have an agreement between the parties made a judgment of the court in accordance with the provisions of the agreement, defendant's demurrer is properly overruled.

**2. Judgments § 11—**

The action of the court in overruling defendant's demurrer and at the same time rendering judgment for plaintiff as prayed for in the complaint is error, since defendant has ten days after the demurrer is sustained or, if an appeal is taken, ten days after the certificate of the Supreme Court is received, in which to file answer. C. S., 515.

APPEAL by defendant from *Grady, Emergency Judge,* at May Term, 1940, of MECKLENBURG.

Plaintiff instituted action to cause an agreement between the parties to be made the judgment of the court, in accord with the provisions of the contract. Defendant demurred. Demurrer overruled, and at the same time judgment was rendered for plaintiff as prayed for in the complaint. Defendant appealed.

*Henderson & Henderson for plaintiff, appellee.*
*J. F. Flowers for defendant, appellant.*

DEVIN, J. The able judge who heard this cause below properly overruled the demurrer, but was in error in rendering judgment for the plaintiff without allowing defendant the statutory period within which to answer.

The applicable procedural statute, C. S., 515, contains this provision: "If the demurrer is overruled, the answer shall be filed within ten days

after receipt of the judgment, if there is no appeal, or within ten days after receipt of certificate of the Supreme Court, if there is an appeal." *Law v. Cleveland,* 213 N. C., 289, 195 S. E., 809; *Cody v. Hovey,* 217 N. C., 407; *Adams v. Cleve, ante,* 302.

The prescribed period for answering not having expired, judgment for want of answer was improperly entered and should be stricken out, and an opportunity afforded defendant to answer, if he so desires.

The cause is remanded for such further proceeding in accord with the statute as the parties may elect.

Error and remanded.